UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY MICHAEL HIGBY,

Plaintiff,

v.

PLACER COUNTY, *et al.*,

Defendants.

Case No.  2:25-cv-3273-DAD-JDP (PS)

ORDER

On February 10, 2026, defendants filed motions to dismiss plaintiff's complaint, which are currently noticed for hearing on April 2, 2026.  ECF Nos. 9 & 10.  On March 2, 2026, plaintiff amended his complaint as a matter of course pursuant to Federal Rule of Civil 15(a)(1). As a result, plaintiff's first amended complaint supersedes the original complaint, rendering moot defendants' motions to dismiss the original complaint.  *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (An "amended complaint supersedes the original, the latter being treated thereafter as non-existent."); *Ramirez v. Silgan Containers*, No. 07-cv-0091-AWI-DLB, 2007 WL 1241829, at *6 (E.D. Cal. Apr. 26, 2007) (granting motion to amend and denying motion to dismiss prior compliant as moot).

Accordingly, it is hereby ORDERED that:

1. Defendants' motions to dismiss, ECF Nos. 9 & 10, are DENIED as moot.

2. The April 2, 2026 hearing is VACATED.

3. Defendants shall file a response to plaintiff's amended complaint within the time

1

prescribed in the Federal Rules of Civil Procedure.

IT IS SO ORDERED.


Dated:    March 11, 2026                                    _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE